

P 612.672.8200
F 612.672.8397
www.maslon.com

3300 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402-4140

**Anna Petosky**
Direct Dial: (612) 672-8375
Direct Fax: (612) 642-8375
anna.petosky@maslon.com

August 26, 2014

The Honorable Patrick J. Schiltz
United States District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**Re:** *Ryan Fund IX, LLC and Ryan Companies US, Inc. v. Solvenz, LLC, Tethys Partners, LLC, and Equity Global Management, LLC,*
No. 14-cv-1166 (PJS/HB)

Dear Judge Schiltz:

Please be advised that the parties have reached a settlement agreement in this matter. The parties intend to file a stipulation of dismissal once the final settlement agreement is signed. Accordingly, Tethys Partners, LLC and Solvenz, LLC request that tomorrow's hearing on their Motion to Dismiss be removed from the Court's calendar.

Thank you for your time and attention to this matter.

Sincerely,

Anna Petosky
Attorney

AMPamp

cc:   Corey Ayling
      Wendy Carlisle
      Jason Lien