| | |
|---|---|
| UNITED STATES DISTRICT COURT<br><br>DISTRICT OF MINNESOTA | |
| RYAN FUND IX, LLC; and<br>RYAN COMPANIES US, INC.,<br><br>      Plaintiffs,<br><br>   vs.<br><br>EQUITY GLOBAL MANAGEMENT, LLC;<br>SOLVENZ, LLC; and TETHYS<br>PARTNERS, LLC,<br><br>      Defendants. | Case No. 0:14-cv-01166-PJS-HB<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that all claims against Defendants Equity Global Management, LLC, Solvenz, LLC, and Tethys Partners, LLC, in the above-entitled action are hereby dismissed with prejudice and on the merits, with the parties to bear their own costs.

Dated:  August 27, 2014        MCGRANN SHEA CARNIVAL STRAUGHN & LAMB, CHARTERED


                                       By     /s/ Corey J. Ayling
                                            Corey J. Ayling (#157466)
                                   2600 U.S. Bancorp Center
                                   800 Nicollet Mall
                                   Minneapolis, Minnesota 55402-4511
                                   Telephone: (612) 338-2525
                                   Email:  cja@mcgrannshea.com

                                   **ATTORNEY FOR PLAINTIFFS RYAN FUND IX, LLC; AND RYAN COMPANIES US, INC.**

Dated:  August 27, 2014  **CARLISLE LAW, LLC**

By   /s/ Wendy M. Carlisle
      Wendy M. Carlisle (#0302351)
3208 W. Lake Street #75
Minneapolis, MN 55416
Telephone:  (612) 234-4116
Email:  wendy@carlislelawfirm.com

**ATTORNEY FOR DEFENDANT EQUITY GLOBAL MANAGEMENT, LLC**

Dated:  August 27, 2014  **MASLON EDELMAN BORMAN & BRAND, LLP**

By   /s/ Anna Petosky
     Jason A. Lien (#028936X)
     Anna Petosky (#0388163)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  612-672-8200
Facsimile:  612-672-8397
E-mail:  jason.lien@maslon.com
        anna.petosky@maslon.com

**ATTORNEYS FOR DEFENDANTS SOLVENZ, LLC AND TETHYS PARTNERS, LLC**

1059875