UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RYAN FUND IX, LLC, and<br>RYAN COMPANIES US, INC., | Case No. 14-CV-1166 (PJS/HB) |
| Plaintiffs, | |
| v. | ORDER OF DISMISSAL |
| EQUITY GLOBAL MANAGEMENT, LLC,<br>SOLVENZ, LLC, and TETHYS<br>PARTNERS, LLC, | |
| Defendants. | |

Based upon the Stipulation for Dismissal filed by the parties on August 27, 2014 [ECF No. 33],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.


Dated: August 27, 2014                              s/Patrick J. Schiltz
                                                    Patrick J. Schiltz
                                                    United States District Judge